Official Form 1 (04/07)

| United States Bankruptcy Court<br>for the     District of     Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New Century Financial Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>f/k/a New Century REIT, Inc. | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID. No. (if more than one, state all) 56-2451736 | Last four digits of Soc. Sec./Complete EIN or other Tax ID. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>18400 Von Karman Ave.<br>Suite 1000<br>Irvine, California<br>      ZIPCODE 92612 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br><br>      ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Orange County, California | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>      ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>      ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box ) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☒ Chapter 11      Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>           Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."     ☒ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3 A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☒ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million to $100 million | ☒ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): New Century Financial Corporation |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: See Attached Rider 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtors)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
_(Check all applicable boxes.)_

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>New Century Financial Corporation |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (If not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |
| **Signature of Attorney**<br>X _____<br>   Signature of Attorney for Debtor(s)<br><br>Mark D. Collins, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone (302) 651-7700 and Fax (302) 651-7701<br><br>and<br><br>Suzzanne Uhland, Esq.<br>O'Melveny & Myers LLP<br>Embarcadero Center West, 275 Battery Street<br>San Francisco, CA 94111-3305<br>Telephone (415) 984-8700 and Fax (415) 984-8701<br>April 2, 2007<br>   Date | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>Stergios Theologides<br>   Printed Name of Authorized Individual<br>Executive Vice President - Corporate Affairs and General Counsel<br>   Title of Authorized Individual<br>April 2, 2007<br>   Date | Address<br><br>_____<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Exhibit "A"

[If debtor is required to file periodic reports *(e.g.,* forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

# United States Bankruptcy Court
## for the District Of Delaware

In re  New Century Financial Corporation (f/k/a New Century REIT, Inc.)          Case No. _____
                          Debtor

                                                                      Chapter 11

### Exhibit "A" to Voluntary Petition

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the

SEC file number is      001-32314 _____

2.      The following financial data is the latest available information and refers to the debtor's condition on 02/28/07. _____

| | | | | |
|---|---|---|---|---|
| a. | Total assets | $ | | 36,276,815 |
| b. | Total debts (including debts listed in 2.c., below) | $ | | 102,503,950 |

Approximate number of holders

c.      Debt securities held by more than 500 holders.

| | | | | | |
|---|---|---|---|---|---|
| Secured / / | unsecured / / | subordinated / / | $ | _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ | _____ | _____ |
| Secured / / | unsecured / / | subordinated / / | $ | _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ | _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ | _____ | _____ |

| | | | |
|---|---|---|---|
| d. | Number of shares of preferred stock | 6.8 million shares | 2 |
| e. | Number of shares common stock | 55.7 million shares | 148 |

Comments, if any:      The approximate number of holders represents the approximate number of holders of record.
_____
_____

3.      Brief description of debtor's business:      The debtor originates, services and sells mortgage loans.
_____
_____

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
      Greenlig ht Capital LLC, David Einhorn, Morgan Stanley, Morgan Stanley Capital Services Inc. and Hotchkis & Wiley Capital Management LLC.
_____
_____

**Rider 1:**
**Pending Bankruptcy Cases Filed By This Debtor and Affiliates:**
**Each Concurrently Filed in United States Bankruptcy Court, District of Delaware**

1. New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation

2. New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation

3. New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, d/b/a New Century Corporation, d/b/a New Century Mortgage Ventures, LLC), a California corporation

4. NC Capital Corporation, a California corporation

5. Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation

6. New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation

7. NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership

8. NC Residual III Corporation, a Delaware corporation

9. NC Residual IV Corporation, a Delaware corporation

10. New Century R.E.O. Corp., a California corporation

11. New Century R.E.O. II Corp., a California corporation

12. New Century R.E.O. III Corp., a California corporation

13. New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company

14. NC Deltex, LLC, a Delaware limited liability company

15. NCoral, L.P., a Delaware limited partnership

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **New Century Financial Corporation,** | : | **Case No. 07-_____** |
| **a Maryland corporation,** | : | |
| | : | |
| Debtor. | : | |

# LIST OF CREDITORS HOLDING
# 50 LARGEST UNSECURED CLAIMS

The above captioned debtor in this chapter 11 case (the "Debtor") filed a voluntary petition in this Court on April 2, 2007 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The list has been prepared on a consolidated basis, from the books and records of the debtor and certain affiliated entities that have simultaneously commenced Chapter 11 cases in this Court (the "Debtors")[1]. The Top 50 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 case. The Top 50 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority, and/or amount of any such claim.

Creditor listing begins on Page 2

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

| (1) | (2) | (3) | (4) | | (5) |
|---|---|---|---|---|---|
| **NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE** | **NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED.** | **NATURE OF CLAIM (trade debt, bank loan, government contract)** | **CONTINGENT** / **UNLIQUIDATED** | **DISPUTED** | **AMOUNT OF CLAIM (if secured also state value of security)** |
| Goldman Sachs Mortgage Company<br>Marc Flamino<br>85 Broad Street<br>New York, NY 10004 | Goldman Sachs Mortgage Company<br>Marc Flamino<br>85 Broad Street<br>New York, NY 10004<br>Tel: (212) 357-4727<br>Fax: (212) 902-1691<br><br>Goldman, Sachs & Co.<br>Cindy Sanford<br>100 Second Avenue South<br>Suite 200S<br>St. Petersburg, FL 33701<br>Tel: (727) 825-3865<br>Fax: (646) 835-3145 | Warehouse and Repurchase Obligation | X | | Unliquidated |
| Credit Suisse First Boston Mortgage Capital LLC<br>Gary Timmerman<br>302 Carnegie Center, 2nd Floor<br>Princeton, NJ 08540 | Credit Suisse First Boston Mortgage Capital LLC<br>Gary Timmerman<br>302 Carnegie Center, 2nd Floor<br>Princeton, NJ 08540<br>Tel: (609) 627-5026<br>Fax: (609) 627-5080 | Warehouse and Repurchase Obligation | X | | Unliquidated |
| Credit-Based Asset Servicing and Securitization LLC<br>Marc Rosenthal<br>335 Madison Ave, 19th Floor<br>New York, NY 10017 | Credit-Based Asset Servicing and Securitization LLC<br>Marc Rosenthal<br>335 Madison Ave, 19th Floor<br>New York, NY 10017<br>Tel: (212) 850-7700<br>Fax: (212) 850-7733 | Repurchase Obligation | X | | Unliquidated |
| Morgan Stanley Mortgage Capital Inc.<br>Andy Neuberger<br>1585 Broadway, 10th Floor<br>New York, NY 10036 | Morgan Stanley Mortgage Capital Inc.<br>Andy Neuberger<br>1585 Broadway, 10th Floor<br>New York, NY 10036<br>Tel: (212) 762-6401<br>Fax: (212) 507-4137, (212) 762-9495 | Warehouse and Repurchase Obligation | X | | Unliquidated |
| DB Structured Products, Inc.<br>Glenn Minkoff<br>60 Wall Street, 19th Floor<br>New York, NY 10005 | DB Structured Products, Inc.<br>Glenn Minkoff<br>60 Wall Street, 19th Floor<br>New York, NY 10005<br>Tel: (212) 250-3406<br>Fax: (212) 797-5160 | Warehouse and Repurchase Obligation | X | | Unliquidated |
| Deutsche Bank<br>Ryan Stark<br>31 West 52nd Street<br>3rd Floor NYC01-0304<br>New York, NY 10019 | Deutsche Bank<br>Ryan Stark<br>31 West 52nd Street<br>3rd Floor NYC01-0304<br>New York, NY 10019<br>Tel: (212) 250-8473<br>Fax: (212) 969-1698<br><br>Deutsche Bank Securities, Inc.<br>Jennifer McGuinness-Rizzo<br>60 Wall St.<br>New York, NY 10005<br>Tel: (212) 250-7675<br>Fax: (212) 797-0521 | Repurchase Obligation | X | | Unliquidated |

| (1)<br><br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | (2)<br><br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED. | (3)<br><br>NATURE OF CLAIM (trade debt, bank loan, government contract) | (4)<br>CONTINGENT | UNLIQUIDATED | DISPUTED | (5)<br><br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Bank of America, N.A.<br>Maureen Macan<br>901 Main St, 66th Floor<br>Dallas, TX 75202 | Bank of America, N.A.<br>Maureen Macan<br>901 Main St, 66th Floor<br>Dallas, TX 75202<br>Tel: (214) 209-9170<br>Fax: (214) 209-0338<br><br>Bank of America, N.A.<br>Sean A. Tobias<br>901 Main St, 66th Floor<br>TX1-492-66-01<br>Dallas, TX 75202-3714<br>Tel: (214) 209-1584<br>Fax: (214) 530-2657<br><br>Bank of America, N.A.<br>Christopher Young<br>901 Main St, 66th Floor<br>TX1-492-66-01<br>Dallas, TX 75202-3714<br>Tel: (704) 388-8403<br>Fax: (704) 409-0593 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| UBS Real Estate Securities Inc.<br>George Mangiaracina<br>1251 Avenue of the Americas<br>New York, NY 10019 | UBS Real Estate Securities Inc.<br>George Mangiaracina<br>1251 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 713-3734<br>Fax: (212) 882-3597 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| Lehman Brothers Bank FSB<br>Diane Rinnovatore<br>745 Seventh Ave.<br>New York, NY 10019 | Lehman Brothers Bank FSB<br>Diane Rinnovatore<br>745 Seventh Ave.<br>New York, NY 10019<br>Tel: (212) 526-5460<br>Fax: (646) 885-9123 | Repurchase Obligation | | X | | Unliquidated |
| Countrywide<br>Dana Headlee<br>20 N. Acoma Blvd.<br>Lake Havasu City, AZ 86403 | Countrywide<br>Dana Headlee<br>20 N. Acoma Blvd.<br>Lake Havasu City, AZ 86403<br>Tel: (928) 505-1628<br>Fax: (928) 505-4466 | Repurchase Obligation | | X | | Unliquidated |
| Citigroup Global Markets Realty Corp.<br>Susan Mills, Bobbie Theivakumaran<br>390 Greenwich Street, 6th Floor<br>New York, NY 10013 | Citigroup Global Markets Realty Corp.<br>Susan Mills, Bobbie Theivakumaran<br>390 Greenwich Street, 6th Floor<br>New York, NY 10013<br>Tel: (212) 723-6376<br>Fax: (212) 723-8604 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| Residential Funding Corporation<br>Mike Bugbee<br>1646 N. California Blvd. #400<br>Walnut Creek, CA 94596 | Residential Funding Corporation<br>Mike Bugbee<br>1646 N. California Blvd. #400<br>Walnut Creek, CA 94596<br>Tel: (925) 988-2339<br>Fax: (925) 979-0926 | Repurchase Obligation | | X | | Unliquidated |

| (1) | (2) | (3) | (4) | | | (5) |
|-----|-----|-----|:---:|:---:|:---:|-----|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED. | NATURE OF CLAIM (trade debt, bank loan, government contract) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
| SG Mortgage Finance Corp<br>Frank Nunnari<br>1221 Avenue of the Americas<br>New York, NY 10020 | SG Mortgage Finance Corp<br>Frank Nunnari<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 278-6000<br>Fax: (212) 278-6705 | Repurchase Obligation | | X | | Unliquidated |
| IXIS Real Estate Capital, Inc.<br>Tony Malanga<br>9 West 57th Street, 36th Floor<br>New York, NY 10019 | IXIS Real Estate Capital, Inc.<br>Tony Malanga<br>9 West 57th Street, 36th Floor<br>New York, NY 10019<br>Tel: (212) 891-5814<br>Fax: (212) 891-6288<br><br>IXIS Real Estate Capital, Inc.<br>Ray Sullivan<br>9 West 57th Street, 36th Floor<br>New York, NY 10019<br>Tel: (212) 891-5815<br>Fax: (212) 891-3347<br><br>IXIS Real Estate Capital, Inc.<br>Al Zakes<br>9 West 57th Street, 36th Floor<br>New York, NY 10019<br>Tel: (212) 891-6137<br>Fax: (212) 891-1922<br><br>IXIS Real Estate Capital, Inc.<br>Michael Friedman<br>9 West 57th Street, 36th Floor<br>New York, NY 10019<br>Tel: (212) 891-6261<br>Fax: (212) 891-6143 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| Barclays Bank PLC<br>Paul Menefee, Joseph O'Doherty<br>200 Park Avenue<br>New York, NY 10166 | Barclays Bank PLC<br>Paul Menefee, Joseph O'Doherty<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 412-5271<br>Fax: (212) 412-6846<br><br>Barclays Bank PLC<br>Glen Greeley, Harry Ahlin<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 412-5271<br>Fax: (212) 412-6846<br><br>Barclays Bank PLC<br>Mary Logan, Janette Lieu<br>c/o Asset Securitization Group<br>200 Park Avenue<br>New York, NY 10166<br>Fax: (212) 412-6846 | Warehouse and Repurchase Obligation | | X | | Unliquidated |

**(Continuation Sheet)**

| (1)<br><br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | (2)<br><br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED. | (3)<br><br>NATURE OF CLAIM (trade debt, bank loan, government contract) | (4) CONTINGENT | UNLIQUIDATED | DISPUTED | (5)<br><br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Indymac Bank FSB<br>888 East Walnut St.<br>Pasadena, CA 91101 | Indymac Bank FSB<br>888 East Walnut St.<br>Pasadena, CA 91101<br>Tel: (626) 535-5901<br>Fax: (626) 535-8203<br><br>IndyMac Bank<br>Tony Gamban<br>155 North Lake Avenue 6th floor<br>Pasadena, CA 91101<br>Tel: (800).669-2300 ext. 5741 | Repurchase Obligation | | X | | Unliquidated |
| Carrington Securities, LP<br>Bruce Rose<br>Seven Greenwich Office Park<br>599 West Putnam Avenue<br>Greenwich, CT 06830 | Carrington Securities, LP<br>Bruce Rose<br>Seven Greenwich Office Park<br>599 West Putnam Avenue<br>Greenwich, CT 06830<br>Tel: (203) 661-6186<br>Fax: (203) 661-6378 | Repurchase Obligation | | X | | Unliquidated |
| Washington Mutual Bank, FA<br>Michael McCauley<br>3200 Southwest Freeway<br>Houston, TX 77027 | Washington Mutual Bank, FA<br>Michael McCauley<br>3200 Southwest Freeway<br>Houston, TX 77027<br>Tel: (713) 543-6141<br>Fax: (713) 543-6727 | Repurchase Obligation | | X | | Unliquidated |
| Alaska Seaboard Partners Limited Partnership<br>William Fogleman<br>4150 S. Sherwood Forest Blvd.<br>Baton Rouge, LA 70816 | Alaska Seaboard Partners Limited Partnership<br>William Fogleman<br>4150 S. Sherwood Forest Blvd.<br>Baton Rouge, LA 70816<br>Tel: (225) 293-0095<br>Fax: (916) 231-2500 | Repurchase Obligation | | X | | Unliquidated |
| JP Morgan Chase Bank, NA<br>Fran Stec<br>194 Wood Avenue South<br>Floor 3<br>Iselin, NJ 08830-2710 | JP Morgan Chase Bank, NA<br>Fran Stec<br>194 Wood Avenue South<br>Floor 3<br>Iselin, NJ 08830-2710<br>Tel: (732) 452-8781<br>Fax: (732) 352-7511 | Secondary Sale Adjustment | | X | | $2,458,872.81 |
| Greenwich Capital Financial Products, Inc.<br>Frank Skibo<br>600 Steamboat Road<br>Greenwich, CT 06830 | Greenwich Capital Financial Products, Inc.<br>Frank Skibo<br>600 Steamboat Road<br>Greenwich, CT 06830<br>Tel: (203) 625-6678<br>Fax: (203) 618-2163 | Repurchase Obligation | | X | | Unliquidated |
| HSBC Bank USA, N.A.<br>Joe Little<br>452 5th Ave<br>10th Floor<br>New York, NY 10018 | HSBC Bank USA, N.A.<br>Joe Little<br>452 5th Ave<br>10th Floor<br>New York, NY 10018<br>Tel: (212) 525-5040<br>Fax: (646) 366-3826 | Repurchase Obligation | | X | | Unliquidated |

| (1) | (2) | (3) | (4) | | | (5) |
|---|---|---|:-:|:-:|:-:|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED. | NATURE OF CLAIM (trade debt, bank loan, government contract) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
| Aurora Loan Services<br>Giovanni Manocchio<br>10350 Park Meadows Dr 4th Floor<br>Littleton, CO  80124 | Aurora Loan Services<br>Giovanni Manocchio<br>10350 Park Meadows Dr 4th Floor<br>Littleton, CO  80124<br>Tel: (720) 945-3835<br>Fax: (720) 945-5920 | Repurchase Obligation | | X | | Unliquidated |
| EMC Mortgage Corporation<br>Tom Tarantino<br>383 Madison Ave<br>New York, NY  10179 | EMC Mortgage Corporation<br>Tom Tarantino<br>383 Madison Ave.<br>New York, NY  10179<br>Tel: (212) 272-6458<br>Fax: (212) 272-7382 | Litigation & Repurchase Obligation | X | X | X | Unliquidated |
| General Electric Capital Corporation<br>44 Old Ridgebury Road<br>Danbury, CT  06810 | General Electric Capital Corporation<br>44 Old Ridgebury Road<br>Danbury, CT  06810<br>Tel: (203) 796-1000<br><br>Stein & Lubin LLP<br>Dennis D. Miller<br>600 Montgomery Street, 14th Fl.<br>San Francisco, CA  94111<br>Tel: (415) 955-5026<br>Fax: (415) 981-4343<br><br>GE Capital Commercial Equipment Financing<br>Stephanie Richards<br>311 North Bayshore Drive<br>Safety Harbor, FL  34695<br>Tel: (727) 216-4237<br>Fax: (727) 216-4001 | Trade Debt | | | X | $1,411,373.52 |
| Lowermybills.com<br>Rod Pasion<br>2401 Colorado Avenue<br>Suite 200<br>Santa Monica, CA  90404 | Lowermybills.com<br>Rod Pasion<br>2401 Colorado Avenue<br>Suite 200<br>Santa Monica, CA  90404<br>Tel: (310) 998-6319<br>Fax: (310) 496-2663 | Trade Debt | | | | $1,273,594.00 |
| Affiliated Computer Services<br>Todd Green<br>PO Box 201322<br>Dallas, TX  75320 | Affiliated Computer Services<br>Todd Green<br>PO Box 201322<br>Dallas, TX  75320<br>Tel: (801) 553-6103<br>Fax: (801) 553-6178 | Trade Debt | | | | $1,139,676.28 |

**(Continuation Sheet)**

| (1)<br><br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | (2)<br><br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED. | (3)<br><br>NATURE OF CLAIM (trade debt, bank loan, government contract) | CONTINGENT | UNLIQUIDATED | DISPUTED | (5)<br><br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|:---:|:---:|:---:|---|
| Nomura Securities<br>James Depalma, Jeane Leschak<br>2 World Financial Center<br>Building B<br>New York, NY 10281 | Nomura Securities<br>James Depalma, Jeane Leschak<br>2 World Financial Center<br>Building B<br>New York, NY 10281<br>Tel: (212) 667-9300<br>Fax: (212) 667-1058<br><br>Nomura Credit & Capital, Inc.<br>Kara Stairiker<br>2 World Financial Center<br>Building B<br>New York, NY 10281<br>Tel: (212) 667-9701<br>Fax: (646) 587-9701 | Repurchase Obligation | | X | | Unliquidated |
| Aspen Funding Corp.<br>Doris Hearn, Evelyn Echevarria<br>c/o Amacar Group LLC<br>6525 Morrison Blvd<br>Suite 318<br>Charlotte, NC 28211 | Aspen Funding Corp.<br>Doris Hearn, Evelyn Echevarria<br>c/o Amacar Group LLC<br>6525 Morrison Blvd<br>Suite 318<br>Charlotte, NC 28211<br>Tel: (704) 367-1555<br>Fax: (704) 365-1362 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| Galleon Capital Corporation<br>R. Douglas Donaldson<br>P.O. Box 4024<br>Boston, MA 02101 | Galleon Capital Corporation<br>R. Douglas Donaldson<br>P.O. Box 4024<br>Boston, MA 02101<br>Fax: (617) 951-7050 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| Gemini Securitization Corp., LLC<br>R. Douglas Donaldson<br>c/o Ropers & Gray, LLP<br>1 International Place<br>Boston, MA 02110 | Gemini Securitization Corp., LLC<br>R. Douglas Donaldson<br>c/o Ropers & Gray, LLP<br>1 International Place<br>Boston, MA 02110<br>Tel: (214) 360-4892<br>Fax: (214) 360-2837<br><br>Gemini Securitization Corp., LLC<br>Glenn Minkoff<br>c/o Deutsche Bank AG<br>New York Branch, Administrator<br>60 Wall Street<br>New York, NY 10005<br>Tel: (212) 250-3406<br>Fax: (212) 797-5160 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| Guaranty Bank<br>Jenny Ray Stilwell<br>8333 Douglas Ave.<br>Dallas, TX 75225 | Guaranty Bank<br>Jenny Ray Stilwell<br>8333 Douglas Ave.<br>Dallas, TX 75225<br>Tel: (214) 360-4892<br>Fax: (214) 360-2837 | Warehouse and Repurchase Obligation | | X | | Unliquidated |

| (1) | (2) | (3) | (4) | | | (5) |
|---|---|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED. | NATURE OF CLAIM (trade debt, bank loan, government contract) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
| Newport Funding Corp. Glenn Minkoff, Doris Hearn, Evelyn Echevarria c/o Amacar Group 6525 Morrison Blvd. Suite 318 Charlotte, NC 28211 | Newport Funding Corp. Glenn Minkoff, Doris Hearn, Evelyn Echevarria c/o Amacar Group 6525 Morrison Blvd. Suite 318 Charlotte, NC 28211 Tel: (704) 365-0569 Fax: (704) 365-1362 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| Sheffield Receivables Corporation Glenn Pearson, Hansel Nieves, Shelby Robins c/o Barclays Capital Services 200 Cedar Knolls Road Whippany, NJ 07981 | Sheffield Receivables Corporation Glenn Pearson, Hansel Nieves, Shelby Robins c/o Barclays Capital Services 200 Cedar Knolls Road Whippany, NJ 07981 Fax: (212) 412-6846 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| State Street Global Markets, LLC Todd Meringoff Attn: Galleon Funds 225 Franklin St Boston, MA 02110 | State Street Global Markets, LLC Todd Meringoff Attn: Galleon Funds 225 Franklin St Boston, MA 02110 Tel: (617) 664-4019 Fax: (617) 350-4020 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| Tucson Funding LLC Glenn Minkoff c/o DB Structured Products, Inc 60 Wall Street New York, NY 10005 | Tucson Funding LLC Glenn Minkoff c/o DB Structured Products, Inc. 60 Wall Street New York, NY 10005 Tel: (212) 250-3406 Fax: (212) 797-5160 | Warehouse and Repurchase Obligation | | X | | Unliquidated |
| National Field Representatives Melanie LaRocque PO Box 1440 Claremont, NH 03743 | National Field Representatives Melanie LaRocque PO Box 1440 Claremont, NH 03743 Tel: (800) 639-2151 x290 Fax: (800) 543-1818 | Trade Debt | | | | $607,535.00 |
| Assurant Specialty Property Insurance Kelly Chin 260 Interstate N. Circle SE Atlanta, GA 30339-2110 | Assurant Specialty Property Insurance Kelly Chin 260 Interstate N. Circle SE Atlanta, GA 30339-2110 Tel: (770) 763-1115 Fax: (770) 859-4001 | Trade Debt | | | | $504,506.60 |
| System Source, Inc. Brooke Hergesell 2100 Main St. Ste 100 Irvine, CA 92614 | System Source, Inc. Brooke Hergesell 2100 Main St. Ste 100 Irvine, CA 92614 Tel: (949) 910-0533 Fax: (949) 475-5923 | Trade Debt | | | | $498,748.83 |
| GMAC Commercial Finance, LLC Tanja Barner 600 Galleria Parkway 15th Floor Atlanta, GA 30339 | GMAC Commercial Finance, LLC Tanja Barner 600 Galleria Parkway 15th Floor Atlanta, GA 30339 Tel: (678) 324-2146 Fax: (770) 859-0148 | Trade Debt | | | | $493,819.58 |

| (1) | (2) | (3) | (4) | | | (5) |
|---|---|---|---|---|---|---|
| **NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE** | **NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED.** | **NATURE OF CLAIM (trade debt, bank loan, government contract)** | CONTINGENT | UNLIQUIDATED | DISPUTED | **AMOUNT OF CLAIM (if secured also state value of security)** |
| Sprint<br>Frank Quattroccup<br>18200 Von Karman Ave<br>Irvine, CA 92612 | Sprint<br>Frank Quattroccup<br>18200 Von Karman Ave<br>Irvine, CA 92612<br>Tel: (949) 251-7240<br>Fax: (949) 623-5615 | Trade Debt | | | | $468,685.07 |
| Low.com<br>Fred Hsu<br>818 W 7th St.<br>Suite 700<br>Los Angeles, CA 90017 | Low.com<br>Fred Hsu<br>818 W 7th St.<br>Suite 700<br>Los Angeles, CA 90017<br>Tel: (866) 237-9328<br>Fax: (213) 402-5918 | Trade Debt | | | | $467,190.00 |
| Suntrust<br>Tony D. Atkins<br>303 Peachtree St , 23rd Floor<br>Atlanta, GA 30308 | Suntrust<br>Tony D. Atkins<br>303 Peachtree St , 23rd Floor<br>Atlanta, GA 30308<br>Tel: (404) 813-5244<br>Fax: (404) 813-5000<br><br>Suntrust<br>Woodruff A. Polk<br>303 Peachtree St., 23rd Floor<br>Atlanta, GA 30308<br>Tel: (404) 813-7094<br>Fax: (404) 581-1637<br><br>Suntrust<br>James Bennison<br>303 Peachtree Street, 23rd Floor<br>Mail Code 3950<br>Atlanta, GA 30308<br>Tel: (404) 813-5244<br>Fax: (404) 813-5000 | Repurchase Obligation | | X | | Unliquidated |
| Harbor Asset Management Services<br>Shari Macedo<br>1407 Foothill Blvd Ste 246<br>La Verne, CA 91750 | Harbor Asset Management Services<br>Shari Macedo<br>1407 Foothill Blvd Ste 246<br>La Verne, CA 91750<br>Tel: (909) 392-0430<br>Fax: (909) 912-8076 | Trade Debt | | | | $447,235.00 |
| Adteractive<br>Blake Simon<br>303 Second Street, Suite 375<br>Second Tower<br>San Francisco, CA 94107 | Adteractive<br>Blake Simon<br>303 Second Street, Suite 375<br>Second Tower<br>San Francisco, CA 94107<br>Tel: (415) 762-2266<br>Fax: (415) 543-2513 | Trade Debt | | | | $441,132.00 |
| Fiserv CCS<br>Geno Hoover<br>912 Ft Dubuesne Blvd<br>Pittsburgh, PA 15222 | Fiserv CCS<br>Geno Hoover<br>912 Ft Dubuesne Blvd<br>Pittsburgh, PA 15222<br>Tel: (412) 577-3842<br>Fax: (412) 577-3995 | Trade Debt | | | | $424,155.08 |

**(Continuation Sheet)**

| (1) | (2) | (3) | (4) | | | (5) |
|---|---|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED. | NATURE OF CLAIM (trade debt, bank loan, government contract) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
| ChoicePoint Precision Marketing Scott Walkins 2525 Meridian Parkway, Suite 125 Durham, NC 27713 | ChoicePoint Precision Marketing Scott Walkins 2525 Meridian Parkway, Suite 125 Durham, NC 27713 Fax: (919) 806-1989  Choice Point Precision Marketing Lynn Ann Boone 8600 N. Industrial Road Peoria, IL 61615-1513 Tel: (309) 689-1000 Fax: (309) 693-0173 | Trade Debt | | | | $365,442.79 |
| Pricewaterhouse Coopers LLP Sear Yagana 300 Madison Avenue New York, NY 10017 | Pricewaterhouse Coopers LLP Sear Yagana 300 Madison Avenue New York, NY 10017 Tel: (464) 471-3000 Fax: (813) 329-1129 | Trade Debt | | | | $363,935.00 |
| Nextag Dan Tsuchiya 1300 S. El Camino Real San Mateo, CA 94402 | Nextag Dan Tsuchiya 1300 S. El Camino Real San Mateo, CA 94402 Tel: (650) 645-4700 Fax: (650) 341-3779 | Trade Debt | | | | $329,107.37 |
| Catarina Mortgage Services Inc. Ron Harpole 22485 Tomball Highway Houston, TX 77070 | Catarina Mortgage Services Inc. Ron Harpole 22485 Tomball Highway Houston, TX 77070 Tel: (281) 205-2270 Fax: (281) 205-2405 | Trade Debt | | | | $317,015.63 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY FINANCIAL** | : | **Case No. 07-_____ (____)** |
| **CORPORATION,** | : | |
| a Maryland corporation, | : | |
| | : | |
| | : | |
| **Debtor.** | : | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF
## CREDITORS HOLDING THE 50 LARGEST UNSECURED CLAIMS

I, Stergios Theologides, Executive Vice President-Corporate Affairs and General Counsel of New Century Financial Corporation, a Maryland corporation, and the entity named as the debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing List of Creditors holding the 50 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: April 2, 2007

_____
Stergios Theologides
Executive Vice President-
Corporate Affairs and
General Counsel

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY FINANCIAL** | : | **Case No. 07-_____  (____)** |
| **CORPORATION,** | : | |
| **a Maryland corporation,** | : | |
| | : | |
| | : | |
| **Debtor.** | : | |

## LIST OF CREDITORS

The debtor and its debtor affiliates set forth on Rider 1 to the petition (collectively, the "Debtors"), each filed a petition in this Court on April 2, 2007 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically along with the petition.

[information provided in electronic format]

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY FINANCIAL** | : | **Case No. 07-_____ (____)** |
| **CORPORATION,** | : | |
| **a Maryland corporation,** | : | |
| | : | |
| | : | |
| **Debtor.** | : | |

## DECLARATION REGARDING CREDITOR LIST

I, Stergios Theologides, the authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the Consolidated Creditor List submitted herewith and that it is true and correct to the best of my information and belief.

Dated: April 2, 2007

_____
Stergios Theologides
Executive Vice President-
Corporate Affairs and
General Counsel

# CERTIFICATE OF SECRETARY OF
# NEW CENTURY FINANCIAL CORPORATION

The undersigned, Jennifer R. Jewett, hereby certifies as follows:

1. She is the duly elected and acting Secretary of New Century Financial Corporation, a Maryland corporation (f/k/a New Century REIT, Inc.) (the "Corporation") and is making this certification for and on the Corporation's behalf.

2. The following is a true and correct copy of the recitals and resolutions approved at a meeting (the "Meeting") of the Corporation's Board of Directors (the "Board") that was held on April 1, 2007 at 12:00 p.m.:

> **WHEREAS**, the Board of Directors of the Company, at a properly convened meeting duly noticed and attended on the date hereof, has considered the business and financial conditions (including the impact of default notices and regulatory actions), and results of operations of the Company and its direct and indirect subsidiaries listed on <u>Exhibit A</u> hereto (the "**Subsidiaries**") on the date hereof, including the assets and liabilities of the Company and its subsidiaries;

> **WHEREAS**, the Board of Directors has reviewed, considered, and received the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of the United States Bankruptcy Code ("**Chapter 11**");

> **WHEREAS**, the Company has received a significant volume of margin calls (the "**Margin Calls**") on its outstanding financing arrangements and does not have the liquidity necessary to satisfy all of those outstanding Margin Calls;

> **WHEREAS**, the Company has been notified by certain of the counterparties to its financing arrangements that it is in default of its obligations under those arrangements for failure to satisfy the Margin Calls and comply with certain other of the Company's obligations thereunder, including, without limitation, certain cross-default and acceleration provisions thereunder, and the Company lacks sufficient liquidity or other resources to satisfy these obligations;

> **WHEREAS**, the Company has recently lacked and currently lacks sufficient liquidity to satisfy obligations to fund committed loans, and has ceased taking new loan applications due to its inability to fund such loans as well as regulatory restrictions; and

> **WHEREAS**, the Company has recently lacked and currently lacks sufficient liquidity to satisfy its obligations to repurchase or substitute, in accordance with the terms and conditions of the applicable purchase agreements, whole loans previously sold to third parties.

**NOW, THEREFORE**, be it:

**RESOLVED**, that, based on factors and information deemed relevant by the Board of Directors, in the judgment of the directors of the Company, it is in the best interests of the Company and its stockholders, as well as the best interests of the Company's subsidiaries, creditors and other interested parties under the circumstances set forth herein, that a petition be filed pursuant to Chapter 11 on behalf of the Company to preserve the value available to the creditors and stockholders of the Company and its subsidiaries.

**RESOLVED FURTHER**, that the Chief Executive Officer, and such other officers as designated by the Board of Directors, of the Company (the "**Authorized Officers**"), or any of them, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to file a petition pursuant to Chapter 11 after April 1, 2007.

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such Authorized Officer may deem necessary or proper in connection with such Chapter 11 cases, in each case with respect to the Company and with respect to any Subsidiary over which the Company exerts control and is entitled to do so under applicable law, including, without limitation, directly or indirectly, as the general partner, managing member or sole member.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of O'Melveny & Myers LLP as general bankruptcy counsel to the Company and its subsidiaries, and the law firm of Richards, Layton & Finger, P.A. as local bankruptcy counsel to the Company and its subsidiaries, in each case to represent and assist the Company and its subsidiaries in filing under Chapter 11, and to take any and all actions to advance the Company's rights and the rights of its subsidiaries, and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of O'Melveny & Myers LLP and of Richards, Layton & Finger, P.A.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ additional professionals, including any attorneys, financial advisors or consultants to the Company and its subsidiaries as any Authorized Officer may deem necessary to advise, represent and assist the Company and its subsidiaries in carrying out their duties under Title 11 of the United States Code and other applicable law and to provide investigative, consulting, professional and other assistance in connection with the acts and transactions contemplated by these resolutions or related regulatory proceedings, and each Authorized Officer is authorized and directed to cause the Company to pay the fees and expenses of those so engaged (including appropriate retainers prior to and

immediately upon the filing of the Chapter 11 case), to the extent any such Authorized Officer deems appropriate, to enter into agreements (including, without limitation, indemnity agreements) with such entities, and to cause to be filed one or more appropriate applications for authority to retain the services of such additional professionals and any such actions previously performed by any Authorized Officer of the Company are hereby approved and ratified.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized to cause the Company to pay any and all expenses and fees, including, without limitation, professional advisor fees and expenses, incurred by or on behalf of the Company arising in connection with the acts and transactions contemplated, including, without limitation, the review and preparation of the petitions and other documents necessary or advisable in connection with the filings under Chapter 11, and any and all schedules, statements of affairs, lists and other papers, together with any amendments or supplements thereto, the preparation and filing of any and all regulatory, administrative or legal reports, forms or other documents that any Authorized Officer may deem necessary or desirable in order to facilitate or permit consummation of the acts and transactions contemplated hereby and related or incidental transactions and any obligations of the Company in connection with the acts and transactions contemplated hereby.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized, on behalf of the Company and its subsidiaries, to execute and verify voluntary petitions pursuant to Chapter 11 on behalf of the Company and its subsidiaries and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, or in such other jurisdiction or court as said Authorized Officers may deem necessary or appropriate.

**RESOLVED FURTHER**, that the adoption, whether at a meeting, by written consent or as otherwise permitted under applicable law, of resolutions by the board of directors or the sole director, as the case may be, of each of the Subsidiaries that are corporations or limited liability companies that are governed by Boards of Directors substantially as set forth on Exhibit B set forth below, together with any general authorization and approval of any other matters deemed necessary or advisable by any Authorized Officer, is hereby authorized and approved.

**RESOLVED FURTHER**, that the adoption, whether at a meeting, by written consent or as otherwise permitted under applicable law, of resolutions of either the general partner or all partners, as may be applicable, of any Subsidiary that is a limited partnership that is under the Company's control substantially as set forth on Exhibit C hereto, together with any general authorization and approval of any other matters deemed necessary or advisable by any Authorized Officer, is hereby authorized and approved.

**RESOLVED FURTHER**, that the adoption, whether at a meeting, by written consent or as otherwise permitted under applicable law, of resolutions of the sole member (or a manager or managing member, if permitted) of the Subsidiaries

that are limited liability companies, other than the limited liability companies which are governed by a Board of Directors as previously provided herein, under the control of the Company substantially as set forth on Exhibit D hereto, together with any general authorization and approval of any other matters deemed necessary or advisable by any Authorized Officer, is hereby authorized and approved.

**RESOLVED FURTHER**, that the corporate seal of the Company may be affixed to any instrument or document executed pursuant to the foregoing resolutions by impression or affixing the corporate seal or by imprinting or otherwise reproducing thereon a facsimile thereof.

**RESOLVED FURTHER**, that the Authorized Officers and the other persons appointed to act on the Company's behalf in or pursuant to the foregoing resolutions are, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to execute and deliver any other additional applications, certificates, agreements or any other instruments or documents or any amendments or supplements thereto, or to do or cause to be done any and all other acts and things, as they may in their discretion deem necessary or appropriate to carry out the intent and purposes of the foregoing resolutions, the taking of such actions and the execution, delivery and filing of such instruments or documents to be conclusive evidence of the necessity and appropriateness thereof.

**RESOLVED FURTHER**, that any actions heretofore taken by any Authorized Officer that are consistent with the authority granted by the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company.

3. Such resolutions have not been amended or rescinded and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate this 1st day of April 2007.

_____
Jennifer R. Jewett
Secretary
New Century Financial Corporation

[CORPORATE SEAL]

## EXHIBIT A
### Subsidiaries

1. New Century Financial Corporation, a Maryland corporation;

2. New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation;

3. New Century Mortgage Corporation, a California corporation;

4. NC Capital Corporation, a California corporation;

5. Home123 Corporation, a California corporation;

6. New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation;

7. NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership;

8. NC Residual III Corporation, a Delaware corporation;

9. NC Residual IV Corporation, a Delaware corporation;

10. New Century R.E.O. Corp., a California corporation;

11. New Century R.E.O. II Corp., a California corporation;

12. New Century R.E.O. III Corp., a California corporation;

13. New Century Mortgage Ventures, LLC, a Delaware corporation;

14. NC Deltex, LLC, a Delaware corporation; and

15. NCORAL, L.P., a Delaware limited partnership.

# EXHIBIT B
## Form of Resolution for Corporate Subsidiary

**WHEREAS**, the Board of Directors has considered the business and financial conditions and results of operations of the Company and its subsidiaries, if any (the "**Subsidiaries**"), on the date hereof, including the assets and liabilities of the Company and its subsidiaries;

**WHEREAS**, the Board of Directors has reviewed, considered, and received the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of the United States Bankruptcy Code ("**Chapter 11**"); and

**WHEREAS**, New Century Financial Corporation and certain of its direct and indirect subsidiaries (collectively, "**New Century**") has been notified by certain of the counterparties to its financing arrangements, or other financial arrangements under which it is or may be obligated, that it is in default of its obligations under those arrangements for failure to comply with certain other of New Century's obligations thereunder, and New Century lacks sufficient liquidity or other resources to satisfy these obligations and lacks liquidity to fund operations of the Company.

**NOW THEREFORE**, be it:

**RESOLVED**, that, based on factors and information deemed relevant by the Board of Directors, in the judgment of the directors of the Company, it is in the best interests of the Company and its stockholders, as well as the best interests of the Company's subsidiaries, creditors and other interested parties under the circumstances set forth herein, that a petition be filed pursuant to Chapter 11 on behalf of the Company to preserve the value available to the creditors and stockholders of the Company and its subsidiaries.

**RESOLVED FURTHER**, that the officers of the Company (the "**Authorized Officers**"), or any of them, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to file a petition pursuant to Chapter 11 after April 1, 2007.

**RESOLVED FURTHER**, that each of the Authorized Officers be, and hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such Authorized Officer may deem necessary or proper in connection with such Chapter 11 cases, in each case with respect to the Company and with respect to any Subsidiary over which the Company exerts control and is entitled to do so under applicable law, including, without limitation, directly or indirectly, as the general partner, managing member or sole member.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of O'Melveny & Myers LLP as general bankruptcy counsel to the Company and its subsidiaries, and the law firm of Richards, Layton & Finger, P.A. as local bankruptcy counsel to the Company and its subsidiaries, in each case to

represent and assist the Company and its subsidiaries in filing under Chapter 11, and to take any and all actions to advance the Company's rights and the rights of its subsidiaries, and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of O'Melveny & Myers LLP and of Richards, Layton & Finger, P.A.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ additional professionals, including any attorneys, financial advisors or consultants to the Company and its subsidiaries as any Authorized Officer may deem necessary to advise, represent and assist the Company and its subsidiaries in carrying out their duties under Title 11 of the United States Code and other applicable law and to provide investigative, consulting, professional and other assistance in connection with the acts and transactions contemplated by these resolutions or related regulatory proceedings, and each Authorized Officer is authorized and directed to cause the Company to pay the fees and expenses of those so engaged (including appropriate retainers prior to and immediately upon the filing of the Chapter 11 case), to the extent any such Authorized Officer deems appropriate, to enter into agreements (including, without limitation, indemnity agreements) with such entities, and to cause to be filed one or more appropriate applications for authority to retain the services of such additional professionals and any such actions previously performed by any Authorized Officer of the Company are hereby approved and ratified.

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized to cause the Company to pay any and all expenses and fees, including, without limitation, professional advisor fees and expenses, incurred by or on behalf of the Company arising in connection with the acts and transactions contemplated, including, without limitation, the review and preparation of the petitions and other documents necessary or advisable in connection with the filings under Chapter 11, and any and all schedules, statements of affairs, lists and other papers, together with any amendments or supplements thereto, the preparation and filing of any and all regulatory, administrative or legal reports, forms or other documents that any Authorized Officer may deem necessary or desirable in order to facilitate or permit consummation of the acts and transactions contemplated hereby and related or incidental transactions and any obligations of the Company in connection with the acts and transactions contemplated hereby.

**RESOLVED FURTHER**, that any Authorized Officer be, and hereby is, authorized, on behalf of the Company and its subsidiaries, to execute and verify voluntary petitions pursuant to Chapter 11 on behalf of the Company and its subsidiaries and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, or in such other jurisdiction or court as said Authorized Officer may deem necessary or appropriate.

**RESOLVED FURTHER**, that the corporate seal of the Company may be affixed to any instrument or document executed pursuant to the foregoing resolutions by impression or affixing the corporate seal or by imprinting or otherwise reproducing thereon a facsimile thereof.

**RESOLVED FURTHER**, that the Authorized Officers and the other persons appointed to act on the Company's behalf in or pursuant to the foregoing resolutions are, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to execute any resolutions of any Subsidiary of the Company on behalf of the Company for the purposes of the authorization for filing a petition under Chapter 11 for such Subsidiary and any other related actions, to execute and deliver any other additional applications, certificates, agreements or any other instruments or documents or any amendments or supplements thereto, or to do or cause to be done any and all other acts and things, as they may in their discretion deem necessary or appropriate to carry out the intent and purposes of the foregoing resolutions, the taking of such actions and the execution, delivery and filing of such instruments or documents to be conclusive evidence of the necessity and appropriateness thereof.

**RESOLVED FURTHER**, that any actions heretofore taken by any Authorized Officer that are consistent with the authority granted by the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company.

## EXHIBIT C
### Form of Resolutions for Partnership Subsidiary

**RESOLVED**, that, based on factors and information deemed relevant by the [General Partner [and the Limited Partner[s]]], in the judgment of the [General Partner [and the Limited Partner[s]]], it is in the best interests of the Partnership and the General Partner and the Limited Partner[s] as well as the best interests of the Company's subsidiaries, [creditors and other interested parties], that a petition be filed pursuant to chapter 11 of the United States Bankruptcy Code ("**Chapter 11**") on behalf of the Partnership.

**RESOLVED FURTHER**, that filing of a voluntary petition pursuant to Chapter 11 on behalf of the Partnership be, and the same hereby is, approved and adopted in all respects and that the General Partner [and the Limited Partner[s]] be, and hereby is, authorized, on behalf of the Partnership, to execute and verify a petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, or in such other jurisdiction or court as said General Partner [and the Limited Partner[s]] may deem necessary or appropriate.

**RESOLVED FURTHER**, that [each of] the General Partner [and the Limited Partner[s]] be, and hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related action which such [General Partner and the Limited Partner[s]] may deem necessary or proper in connection with such Chapter 11 case, and to retain and employ all assistance by the Partnership's legal counsel and financial and other advisors.

## EXHIBIT D
## Form of Resolutions for LLC Subsidiary


**RESOLVED**, that, based on factors and information deemed relevant by the [Managing Member][sole member], in the judgment of the [Managing Member][sole member] of the Company, it is in the best interests of the Company, its creditors[, its member[s]] and other interested parties, that a petition be filed pursuant to chapter 11 of the United States Bankruptcy Code ("**Chapter 11**")on behalf of the Company.

**RESOLVED FURTHER**, that filing of a voluntary petition pursuant to Chapter 11 on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that the [Managing Member][sole member] be, and hereby is, authorized, on behalf of the Company, to execute and verify a petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, or in such other jurisdiction or court as said [Managing Member][sole member] may deem necessary or appropriate.

**RESOLVED FURTHER**, that the [Managing Member][sole member] of the Company be, and hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related action which such [Managing Member][sole member] may deem necessary or proper in connection with such Chapter 11 case, and to retain and employ all assistance by the Company's legal counsel and financial advisors.